**No. 09-167. Richard Scrushy, Petitioner v. United States.**

**No. 09-182. Don Eugene Siegelman, Petitioner v. United States.**

561 U.S. 1040, 130 S. Ct. 3541, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5528.

561 U.S. 1041, 130 S. Ct. 3543, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5527.

561 U.S. 1041, 130 S. Ct. 3543, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5535.

**No. 09-6425. Paul H. Richards and Bevan Atlee Thomas, Petitioners v. United States.**

**No. 09-6516. Paula Harris, Petitioner v. United States.**

561 U.S. 1041, 130 S. Ct. 3542, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5534.

June 29, 2010. Motions of petitioners for leave to proceed in forma pauperis and

petitions for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Skilling v. United States, 561 U.S. 358, 130 S. Ct. 2896, 177 L. Ed. 2d 619 (2010).

Same cases below, 313 Fed. Appx. 969.